# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00418-CV

**Brent Tanksley, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
### NO. 00-2044-F395, HONORABLE TAMARA ARRINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Brent Tanksley, an inmate, has filed a pro se "notice of interlocutory appeal" from the district court's denial of his "motion for reconsideration of issuance of capias" and "motion for speedy trial." Based on our review of the limited record before us, the motions were filed in what appears to be a proceeding involving the State's enforcement of Tanksley's child-support obligations.

Appellate courts generally have jurisdiction over final judgments and interlocutory orders that the Texas Legislature has deemed appealable. *See* Tex. Civ. Prac. & Rem. Code § 51.012; *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The interlocutory orders that are at issue here are not among those that we are permitted to review. *See* Tex. Civ. Prac. & Rem. Code § 51.014. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed:   July 19, 2013